UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
Midland/Odessa Division

| | | |
|---|---|---|
| **Sonny Ray Williams,** | § § | |
| **Plaintiff,** | § § | Case Number 7:24-cv-285-DC |
| v. | § § | |
| **Andrew R. Aguilar & Joey Ray Rios.** | § § § | |
| **Defendants.** | | |

## Notice of Settlement

The Plaintiff, Sonny Williams, through the undersigned counsel notifies the Honorable Court that the parties have reached an amicable resolution. The parties will file a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within 45 days.

Respectfully submitted this 16th day of September 2025,

/s/ *Bernard R. Mazaheri*
Bernard R. Mazaheri
Texas Bar Number 24066628
Mazaheri & Mazaheri
P.O. Box 656
Frankfort, Kentucky 40602
Email - bernie@thelaborfirm.com
Tel – (502) 475-8201
*Attorney for Sonny Williams*

**Certificate of Service**

I hereby certify that a true and accurate copy of the foregoing will be served on all counsel of record on this 16th day of September 2025 through CM/ECF.

*/s/ Bernard R. Mazaheri*____
Bernard R. Mazaheri
