UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
Midland/Odessa Division

| | |
|---|---|
| **Sonny Ray Williams,** § § | |
| **Plaintiff,** § § | Case Number  7:24-cv-285 |
| v. § § | |
| **Andrew R. Aguilar &** § **Joey Ray Rios.** § § | |
| **Defendants.** | |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff Sonny Williams, and hereby respectfully moves this Court to dismiss this action with prejudice per Federal Rule of Civil Procedure 41(a).

1. On November 7, 2024, Plaintiff filed the instant action against Defendants.

2. The parties have reached an amicable resolution of all claims and have entered into a compromise agreement to settle all disputes between them.

3. On November 7, 2024, Plaintiff Sonny Ray Williams filed this action against Defendants Andrew R. Aguilar and Joey Ray Rios in the United States District Court for the Western District of Texas, Midland/Odessa Division, Case Number 7:24-cv-285-DC.

4.  As indicated in the Notice of Settlement filed on September 16, 2025, the parties have reached an amicable resolution of all claims in this matter.

5.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to dismiss this action with prejudice.

6. A dismissal with prejudice operates as an adjudication on the merits and bars any future action on the same claim or cause of action.

7. The parties have agreed to bear their own attorneys' fees and costs.

Respectfully submitted this 21st day of November 2025.

/s/ *Sean Rabalais*
Sean Rabalais Texas Bar Number 24130215
Law Office of Sean Rabalais
201 Rue de Chambery
Broussard, LA 70518
Email – Sean.Rabalais.Law@gmail.com
Tel – (337) 627-7466
*Attorney for Sonny Williams*

## Certificate of Service:

I do hereby certify that on this 21st day of November 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

_s/Sean Rabalais_
Sean P. Rabalais