UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
Midland/Odessa Division

| | |
|---|---|
| Sonny Ray Williams, § § § Plaintiff, § § Case Number 7:24-cv-285 v. § § Andrew R. Aguilar & § Joey Ray Rios. § § Defendants. | |

### ORDER

In consideration of the foregoing *Joint Motion for Dismissal*;

**IT IS ORDERED, ADJUDGED AND DECREED** that the claims and causes of action asserted by Plaintiff, Sonny Ray Williams in the above-captioned matter be and the same are hereby dismissed in their entirety against all Defendants, in full and with prejudice.

**IT IS FURTHER ORDERED** that each party is to bear their own ledger court costs.

It is so **ORDERED**.

**SIGNED** this 24th day of November, 2025.

_____
HONORABLE DAVID COUNTS
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Sean Rabalais*
Sean Rabalais Texas Bar Number 24130215
Law Office of Sean Rabalais
201 Rue de Chambery
Broussard, LA 70518
Email – Sean.Rabalais.Law@gmail.com
Tel – (337) 627-7466
*Attorney for Sonny Williams*